IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SWIFT ENERGY OPERATING, LLC, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | MISC. ACTION NO. H-14-1303 |
| § | |
| CALILLOU ISLAND TOWING CO. INC., § | |
| § | |
| Defendants. § | |

## ORDER

H.J. Gruy & Associates, Inc. filed a motion to quash Calillou Island Towing Co., Inc.'s notice of deposition for records only and subpoena for records, and in the alternative, motion for protection. A hearing is set for **June 30, 2014, at 9:00 a.m.** in Courtroom, 11-B, 515 Rusk, Houston, Texas. Out of town counsel may appear by phone.

SIGNED on June 20, 2014, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge